| | |
|---|---|
| 1 | JOSEPH SCHLESINGER, #87692<br>Acting Federal Defender |
| 2 | LINDA C. HARTER, CA Bar #179741<br>Chief Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>REBECCA A. KELLY |
| 4 | Certified Student Attorney<br>801 I Street, 3rd Floor |
| 5 | Sacramento, California 95814<br>Telephone: (916) 498-5700 |
| 6 | |
| 7 | Attorney for Defendant<br>JAMIE M. GRAHAM |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) No. 2:13-mj-00004-CKD
            )
      Plaintiff,  )
            ) STIPULATION AND ORDER
   v.       )
            )
JAMIE M. GRAHAM,   ) Date: March 21, 2013
            ) Time: 9:30 a.m.
      Defendant.  ) Judge: Hon. Carolyn K. Delaney
            )
_____ )

The United States Attorney through his respective counsel, CHRIS CHANG, Special Assistant United States Attorney, and LINDA C. HARTER, attorney for JAMIE M. GRAHAM, and Certified Student Attorney, REBECCA A. KELLY, hereby stipulate to vacate the bench trial set for March 22, 2013 at 9:30 a.m. and set for a change of plea and sentencing.

Accordingly, the parties jointly request that a change of plea and sentencing hearing be scheduled for March 21, 2013 at 9:30 a.m. before Magistrate Judge Carolyn K. Delaney.

| | | |
|---|---|---|
| Dated: March 14, 2013 | | Respectfully submitted, |
| | | JOSEPH SCHLESINGER<br>Acting Federal Defender |
| | | /s/ Linda C. Harter<br>LINDA C. HARTER<br>Chief Assistant Federal Defender<br>Attorney for Defendant<br>JAMIE M. GRAHAM |
| | | /s/ Rebecca A. Kelly<br>REBECCA A. KELLY<br>Certified Student Attorney |
| Dated: March 14, 2013 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | | /s/ Chris Chang<br>CHRIS CHANG<br>Special Assistant U.S. Attorney |

**ORDER**

IT IS SO ORDERED.

DATED: March 14, 2013    /s/Carolyn K. Delaney
HON. CAROLYN K. DELANEY
United States Magistrate Judge