1  JOSEPH SCHLESINGER, #87692
   Acting Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   REBECCA A. KELLY
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7  Attorney for Defendant
   JAMIE M. GRAHAM
8

9

10               IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14 UNITED STATES OF AMERICA,    ) No.  2:13-mj-004-CKD
                                )
15             Plaintiff,        )
                                ) STIPULATION AND ORDER RE:
16    v.                         ) TELEPHONIC APPEARANCE
                                )
17 JAMIE M. GRAHAM,              )
                                ) Date: Thursday, March 21, 2013
18             Defendant.        ) Time: 9:30 a.m.
                                ) Judge: Hon. Carolyn K. Delaney
19 _____)

20
        Pursuant to Local Rule 143, the United States of America, by and
21
   through its undersigned attorney, and the defendant, JAMIE M. GRAHAM,
22
   by and through her attorney, Linda C. Harter, hereby stipulate that
23
   JAMIE M. GRAHAM may appear telephonically at the Change of Plea and
24
   Sentencing, currently set for Thursday, March 21, 2013 at 9:30 a.m.
25
   ///
26

27

28

Dated: March 14, 2013

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender


/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
JAMIE M. GRAHAM


BENJAMIN B. WAGNER
United States Attorney


/s/ Chris Chang
CHRIS CHANG
Special Assistant U.S. Attorney


**IT IS SO ORDERED.**

Dated: March 14, 2013

/s/Carolyn K. Delaney
HON. CAROLYN K. DELANEY
United States Magistrate Judge